UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLADIMIR PEREZ, ) | CIVIL ACTION NO. |
| ) | 2:15-cv-06539-ES-JAD |
| Plaintiff, ) | |
| ) | HONORABLE JOSEPH A. DICKSON |
| v. ) | |
| ) | |
| MACTAC, LLC, et al., ) | **STIPULATION OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| Defendants. ) | |

The matter in difference in the above-entitled action, having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice, each party to bear their own costs.

S./MJF9911
Michael J. Frantz, Jr.
FRANTZ WARD LLP

*Attorney for Defendants*

S./Jorge L. Hernandez
(per email approval)
Jorge L. Hernandez, Esq.
Law Offices of Jorge L. Hernandez, LLC

*Attorney for Plaintiff*

Dated:  August 29, 2016

## Kathy McIntyre

**From:** Michael J. Frantz Jr.
**Sent:** Monday, August 29, 2016 9:26 AM
**To:** Kathy McIntyre
**Subject:** FW: Wiring Instructions

Michael J. Frantz, Jr.  |  *Associate*

 FRANTZ WARD
ATTORNEYS AT LAW

Frantz Ward LLP  |  200 Public Square  |  Suite 3000  |  Cleveland, OH 44114
Direct (216) 515-1624  |  Fax (216) 515-1650
mjfrantzjr@frantzward.com  |  Website  |  LinkedIn

**From:** Jorge Hernandez [mailto:JHernandez@lawyerhernandez.com]
**Sent:** Friday, August 26, 2016 4:15 PM
**To:** Michael J. Frantz Jr.
**Subject:** Re: Wiring Instructions

Yes Mike its fine. Pleade jointly thank the
Judge For his assistance. Have a good weekend

Sent from my iPhone Verizon LTE

**LAW OFFICES OF JORGE L. HERNANDEZ**
**JORGE L. HERNANDEZ, ESQ.**
100 Jefferson Avenue, Suite 302
Elizabeth, New Jersey 07201
Office 908-289-8228
Fax   908-289-8228

7501 Bergenline Avenue
North Bergen, New Jersey 07047
Office 201-868-8000

1 800 8 JORGE 8


On Aug 26, 2016, at 4:13 PM, Michael J. Frantz Jr. <mjfrantzjr@frantzward.com> wrote:

> Jorge:
>
> I am attaching a proposed dismissal entry.  Please let me know if it is acceptable to file.
>
> Thanks,
> Mike

1