

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLADIMIR PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>MACTAC, LLC, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:15-cv-06539-ES-JAD<br><br>HONORABLE JOSEPH A. DICKSON<br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

The matter in difference in the above-entitled action, having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice, each party to bear their own costs.

S./MJF9911
Michael J. Frantz, Jr.
FRANTZ WARD LLP

*Attorney for Defendants*

S./Jorge L. Hernandez
(per email approval)
Jorge L. Hernandez, Esq.
Law Offices of Jorge L. Hernandez, LLC

*Attorney for Plaintiff*

Dated: August 29, 2016

*So Ordered —*
*[signature], USDJ*
*8/30/16*